**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL**

UNITED STATES OF AMERICA,

        Plaintiff,

v.          Case No: 17-40097-01-DDC

WESLEY WAGNER (01),

        Defendant.

**Attorney for Plaintiff: Christine E. Kenney**
**Attorney for Defendant: Trevor D. Riddle**

| JUDGE: | Daniel D. Crabtree | DATE: | 7/16/2018 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PROBATION: | |

# STATUS CONFERENCE

Defendant appears in person with counsel.

The court hears from counsel regarding scheduling of the case going forward.  The court advises the parties that it intends to issue orders on the defendant's pretrial motions later this week.  Defendant's counsel orally moves for the case to be set for trial the first week of October 2018 to allow for availability of witnesses, continuity of counsel and time for adequate preparation.  Government's counsel has no objection.

**The court grants the motion and set the case for a jury trial on October 2, 2018 at 9:00 a.m.**

**The court sets the case for an in limine conference on September 25, 2018 at 2:00 p.m.**

**The court will issue a Trial Order setting deadlines.**

Pursuant to the specific findings set forth in full on the record, the court finds that the ends of justice served by allowing the defendant the additional time requested outweigh the best interest of the public and the defendant in a speedy trial and that the continuance shall be granted.

It is ordered by the court that the period of delay resulting from the additional time granted pursuant to the court's order, **July 16, 2018 until October 2, 2018**, is deemed excludable time as provided for in 18 U.S.C. § 3161(h)(7)(A), in that the ends of justice served by the granting of an extension outweigh the best interest of the public and the defendant in a speedy trial.

**Defendant remains on release.**